**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MELVIN JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-3258** |
| **N. BURL CAIN, WARDEN** | **SECTION "I"(4)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Melvin Jackson, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Melvin Jackson's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___10th___ day of March, 2011.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**